UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**STEVEN MCPHERSON,**

    **Plaintiff,**

v.                                               Case No. 19-cv-2493-SHM

**REEDY & COMPANY REALTORS, LLC, and JAMES REEDY,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order, docketed March 16, 2021, granting defendants' motion for summary judgment.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| March 16, 2021 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |

                                                            */s/ Jairo Mendez*
                                                            (By) DEPUTY CLERK